Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CESAROMURE, INC. d/b/a BARRIQUE, a California corporation; and DOES 1 to 10, inclusive,<br><br>  Defendants. | CASE NO.: 2:23-CV-01810-DSF-AFM<br><br>Hon. Judge Dale S. Fischer<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 10, 2023<br>Trial Date: None |

Plaintiff Portia Mason ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A notice of dismissal with prejudice as to Plaintiff's claims and without prejudice as to the putative class will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 19, 2023               Respectfully Submitted,

*/s/ Carolin K. Shining*
Thiago M. Coelho
Carolin K. Shining
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 19, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: May 19, 2023  /s/ *Carolin K. Shining*

Carolin K. Shining