Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>CESAROMURE, INC. d/b/a BARRIQUE, a California Corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.: 2:23-cv-01810-DSF-AFM<br><br>Honorable Judge Dale S. Fischer<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Portia Mason ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses this action with prejudice as to Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear its own fees and costs.

Dated: June 13, 2023                              Respectfully Submitted,

                                                  */s/ Thiago M. Coelho*
                                                  Thiago M. Coelho
                                                  Carolin K. Shining
                                                  **WILSHIRE LAW FIRM**
                                                  *Attorney for Plaintiff*

1

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 13, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 13, 2023                   */s/ Thiago M. Coelho*
                                              Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137